■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST PATTERSON, Appellant. [696 NYS2d 720] —Judgment unanimously affirmed. Memorandum: Defendant voluntarily, knowingly and intelligently waived his right to appeal (*see, People v Seaberg,* 74 NY2d 1, 11). That waiver encompasses defendant's contention concerning the severity of the sentence (*see, People v Hidalgo,* 91 NY2d 733, 737). We reject the contention of defendant that the sentencing court erred in denying his *pro se* motion for substitution of assigned counsel (*see, People v Murray,* 245 AD2d 531, 532, *lv denied* 91 NY2d 943). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.—Burglary, 1st Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.